# EXHIBIT F

**UNITED NEIGHBORHOOD ORGANIZATION OF CHICAGO PROCUREMENT POLICY**

I. <u>**INTRODUCTION**</u>

The United Neighborhood Organization of Chicago ("*UNO*") has established this procurement policy (the "*Policy*") for the procurement of contracts and purchases that benefit UNO. This Policy generally outlines the open and competitive process established by UNO for the procurement of contracts and purchases and the respective roles of UNO and its staff and contractors.

This Policy is consistent with UNO's long-standing commitment to transparency and making procurement decisions characterized by competitive selection, objective evaluation and proper documentation -- all in accordance with the UNO Board of Directors' (the "*Board*") overriding fiduciary obligations and considerations.

    A.    <u>**Exceptions**</u>.  This Policy does not apply to the following procurements that are/involve:
1. Sole source procurements;
2. Emergency procurements; and
3. At the Board's discretion, (i) contracts valued at $75,000 or less, (ii) that are nonrenewable and (iii) of one year or less in duration.

For purposes of this policy, an "emergency" shall be defined as a situation involving public health, public safety or cases where immediate expenditure is necessary for repairs to UNO property to protect against further loss or damage, to prevent or minimize disruption in UNO services, or to insure the integrity of UNO operations. Efforts will be made to accelerate or modify normal procedures to accommodate an emergency rather than to eliminate all such procedures. Examples of such efforts include requesting quotations verbally or by email or facsimile machine.

In relation to contracts valued at $75,000 or less, that are non-renewable or of one year or less in duration, it shall be the policy of UNO to obtain, whenever feasible, at least three quotes for the subject services.

All exceptions to this Policy shall be published on UNO's website, shall name the person authorizing the procurement and shall include a brief explanation of the reason for the exception. Dividing or planning procurements to avoid use of competitive procedures (stringing) is prohibited.

    B.    <u>**Policy Effective Date; No Modification of Existing Contracts**</u>.  This Policy is effective as of the date adopted by UNO, as amended from time to time. This Policy does not amend or otherwise modify UNO's existing contracts, which may only be amended or otherwise modified consistent with their terms. Further, nothing in this Policy is intended to limit UNO's authority under existing contracts to extend or modify terms or otherwise take actions consistent

with the existing contractual terms, all as UNO deems prudent in light of then-existing circumstances.

  **C.** **Pre-Solicitation Assistance.** Any person or business who, at the request of UNO or with the consent of UNO, reviews or analyzes UNO's assets, activities, documents, functions, organization, programs or anything of similar nature to aid in the determination of whether UNO has a need for some good or service is prohibited from bidding on or receiving a contract to meet that need. Further, a person or business is prohibited from bidding on a solicitation and from having a contract arising from any of the following activities if the person or business, at the request of UNO or with the consent of UNO, assisted in the preparation of procurement documents in any of the following ways: (i) drafts, writes or assists UNO with writing all or any part of a solicitation document; (ii) reviews or reads the solicitation document or comments on same; or (iii) participates in any activity relating to the organization or distribution of solicitation documents. Exception: Any person or business who responds to a posted or advertised request for information related to a procurement need of UNO shall not be disqualified by virtue of responding to UNO's publicly advertised request.

## II. SELECTION

  **A.** **In General –Documentation.** Solicitation documents that may be used include, without limitation, Request for Proposals (RFP), Request for Qualifications (RFQ) and Invitation for Bids (IFB). Generally, UNO will approve the issuance of any specific RFP, RFQ or IFB.

  **B.** **Form of Solicitation.** Each solicitation document (RFP, RFQ, IFB or other) shall contain, inter alia, some or all of the following depending on the form of solicitation:

    1. A description of the required services, materials or goods including any and all relevant specifications.

    2. A date certain by which responses to the solicitation shall be returned, location for submission of responses and UNO's designated point of contact.

    3. The qualifying criteria and the associated evaluation factors to be utilized in the selection process including a description of the evaluation committee.

    4. Scope of work. Any changes in the scope of work, if necessary, shall be addressed separately via addendum.

    5. Project budget.

    6. A description of mandatory bidding procedures for procurement of subcontractors (including transparency in selection of subcontractors, and

        disclosure of any financial or familial relationship with UNO, contractors or subcontractors).

7. A statement of the minimum information that the response and/or proposal to the solicitation shall contain which may, by way of example, include
    (a) principal place of business and, if different, the place of performance of the proposed contract;
    (b) organization form, federal tax ID, officers names, titles and background information;
    (c) certain financial information including without limitation, certified financial statements, annual reports, annual sales figures, rating by a nationally recognized credit rating agency, bonding capacity and bank references;
    (d) company safety record and information and experience modification rate for general contractors, construction managers or other entities seeking to perform like activities;
    (e) the age of the responder's business and average number of employees over a previous period of time, as specified in the solicitation document;
    (f) the abilities, qualifications, and experience of all persons who would be assigned to provide the required services;
    (g) a listing of other contracts under which services similar in scope, size or discipline to the required services were performed or undertaken within a previous period of time, as specified in the solicitation document;
    (h) a plan, giving as much detail as is practical, explaining how the services will be performed;
    (i) price;
    (j) statement of pending litigation; and
    (k) certain required certifications, including without limitation, conflict of interest certifications and financial disclosures.

8. An anticipated form of contract for the subject services.

9. A statement of information disclosing any family, business, or other relationships with UNO's officers, directors, or employees, or family members of UNO's officers, directors, and employees that would be considered a conflict of interest or may create the appearance of a conflict of interest.

10. Any and all solicitations issued by or on behalf of UNO shall be posted on the UNO website at the time of issuance.

    **C.** **<u>Questions regarding Solicitation</u>.** Any questions regarding a specific solicitation must be submitted in writing only to the designated point of contact for the solicitation in accordance with the timing and other related terms outlined in the solicitation. Responses to such questions will be posted on UNO's website.

    **D.**    **Pre-Submission Conference.**  A pre-submission conference may be conducted, in the sole discretion of UNO and/or UNO staff or contractors, to enhance potential vendors' understanding of the procurement requirements.  A pre-submission conference, if required, shall be announced as part of the solicitation document.  The conference may be designated as "attendance mandatory" or "attendance optional".

    **E.**    **Responses to Solicitation; Evaluation.**

        1.    *Delivery and Opening of Responses*.  Responses must be submitted to the designated contact in accordance with the terms stated in the solicitation document.  Upon receipt, responses shall be date and time stamped but not opened and shall be stored in a secure place until the time and dates set for bid or response opening.  Bids and/or responses shall be opened publicly at the time, date and place designated in the solicitation document.  Bids shall be opened publicly in the presence of one or more witnesses at the time and place designated in the Invitation for Bids and the name of each bidder and amount of bid shall be recorded.  Proposals shall be opened publicly in the presence of one or more witnesses at the time designated in the RFP or RFQ but proposals shall be opened in such a manner as to avoid the disclosure of contents to competing offerors during the process of negotiation.

        2.    *Initial Evaluation of Responses*.  Each response will be evaluated by designated UNO staff, contractors or Directors based on the evaluation factors stated in the subject solicitation document.  A list of all respondents to the solicitation will be compiled and posted on UNO website upon award.  The relative importance of the evaluation factors will vary based on the parameters of the subject solicitation.

        3.    *Due Diligence*.  Designated UNO staff or contractors shall conduct appropriate due diligence which may include independent background checks to determine if respondents have been sued or debarred in any jurisdiction.  As specified in Section II.F of this Policy, UNO's Quiet Period Policy does not prevent due diligence meetings and communications.

    **F.**    **Quiet Period**.  The Quiet Period is intended to establish guidelines by which Directors and UNO staff and contractors will communicate with prospective vendors during the pendency of a solicitation.  The objectives of such a Quiet Period are to ensure that prospective vendors competing for contracts with UNO have equal access to information regarding selection parameters, communications related to selection are consistent and accurate and the process of selecting vendors is transparent, efficient, diligent and fair.  The following guidelines will be instituted during the pendency of solicitations issued by UNO:

1. A quiet period will commence upon the issuance of a solicitation by UNO and/or UNO staff or contractors and end upon award of any resulting contracts from the subject solicitation.

2. Initiation, continuation and conclusion of the quiet period shall be publicly communicated to prevent inadvertent violations.

3. All Directors, UNO staff and contractors not directly involved in the solicitation process shall refrain from communicating with potential vendors regarding any product or service related to any pending solicitation throughout the quiet period and shall refrain from accepting meals, travel, hotel or other value from the potential vendors.

4. Throughout the quiet period, if any Director is contacted by a potential vendor, the Director shall refer the vendor to the General Counsel or UNO staff member or contractor directly involved in the solicitation process.

5. The quiet period does not prevent UNO approved due diligence or communications with an existing vendor that happens to be a competing vendor in the ordinary course of services provided by such vendor; however, discussions related to the pending selection shall be avoided during such activities.

6. A potential vendor may be disqualified from consideration under the solicitation for a knowing violation of this quiet period policy.

**G.** **Making/Effecting Selection; Notice of Selection.**

1. *Selection from Finalists.* The UNO Board, designated UNO staff or contractors will make the final decision with respect to any selection resulting from the search. One or more responders may be selected, as appropriate. UNO reserves the right to make no selection as a result of a search.

2. *Late Bids or Proposals.* UNO reserves the right to reject bids or proposals received after the designated due date.

3. *Project Labor Agreements*. UNO may, in its sole and absolute discretion, utilize project labor agreements (PLA) for projects exceeding $5M in cost to ensure the highest standards of quality and efficiency at the lowest responsible cost.

4. *Award Notice.* Bidders/respondents shall be notified of contract award. The notification shall be issued electronically, and additionally may be in the form of a letter, purchase order or other communication. Notices of awards for any solicitation document shall be posted on UNO's website.

       5.      *Negotiation of Contract*.  The General Counsel or his or her designee shall negotiate the final terms of resulting contracts.  In the event a contract is not able to be completed with a finalist, UNO may select another finalist from among the remaining responders.

       6.      *Consideration of Best Value*.  Nothing in this Policy shall prohibit UNO, designated UNO staff or contractors from making a selection that represents the best value based on qualifications, fees and other relevant factors.

       7.      *Notice of Contract; Public Documentation*.  Following successful completion of the related contract(s), UNO's decision shall be public information and shall be posted on UNO's website.  Such notice shall include the name of the successful respondents or offerors, the total amount applicable to the contract(s) if available, the basis for determining the total fees to be paid, and a disclosure approved by UNO describing the factors that contributed to the selection.

**H.**     **Owner's Representative Services**.  UNO may, in its sole discretion, utilize the services of an owner's representative in connection with the construction and/or renovation of its existing and future facilities.  In general, the principal functions provided by an owner's representative include, without limitation, (i) serving as the point of contact for the designer or design/builder, construction manager or contractor and any other specialty consultants on a construction project, (ii) providing administration of contracts, (iii) coordinating with all owner stakeholders, (iv) overall project cost tracking, (v) verification of schedule, (vi) quality control (vii) maintaining document control/archiving (viii) compliance monitoring if the project involves grant or similar funding  and (ix) monitoring MBE/WBE participation in a project.  The following guidelines will be implemented in relation to the selection of entities seeking to provide owner's representative services:

       1.      Pre-qualification.  To the extent feasible, UNO may issue RFQs for owner's representative services that shall contain the information specified in Section II.B of this Policy.  It shall be the goal of such RFQ process to produce listings of qualified potential vendors.

       2.      RFP Process.  In the event a project is ready to proceed, UNO may issue RFPs to select one or more owner's representative entities from the list of pre-qualified vendors.  Such RFPs shall be prepared in accordance with Section II.B of this Policy and selection of pre-qualified vendors shall be made in accordance with Section II.G of this Policy.

       3.      Owner's Representative Contract.   In general, the form of contract issued by UNO relating to owner's representative services must contain some or all of the following terms depending on the nature of the specific project: (i) the owner's representative should not have the authority to make

>
> binding commitments on behalf of UNO without its prior written consent, (ii) a negotiated cash flow for compensation to address post-construction and closeout activities and (iii) a clearly defined description of the owner's representative's specific roles and duties in relation to compliance.

**I.     Design-Build Services.**  UNO may, in its sole discretion, utilize the design-build model for design and construction services.  The design-build model allows for the procurement of such services for a single, fixed price.  In general, it is the responsibility of the Design/Builder to lead and direct (i) general contractors, design and architectural contractors, (ii) construction management and (iii) the purchase of materials in relation to a construction project.  The design-builder may also be charged with solicitation of competitive bids for the construction project.

>
> 1.     RFP Process.  Any and all RFPs prepared in relation to design-build shall be prepared in accordance with Section II, B of this Policy and must contain some or all of the following depending on the project: (i) a clear definition of the scope of work, (ii) detailed programming documents and requirements, (iii) expected performance requirements, (iv) schedule constraints and mandatory deadlines, (v) project budget, (vi) specified deliverables and responsibilities for enabling actions such as permitting,(vii) a standard bid price form to enable fair and transparent bid evaluation, and (viii) identification of all financial issues, such as bid bonds, warranties, insurance requirements, performance bonds, liquidated damages, dispute resolution processes, contingency costs and safety considerations.
>
> 2.     Bid Submission Form.  Bid submission forms must require some or all of the following information depending on the nature of the project: (i) name of vendor, (ii) architecture/engineering fee as a percentage of contract value, (iii) general contractor overhead as a percentage of contract value, (iv) general contractor fee as a percentage of contract value, (v) general contractor liability insurance as a percentage of contract value, (vi) general contractor construction contingency as a percentage of contract value, (vii) cost estimating services estimate, (viii) general conditions estimate, (ix) design builder's proposed percentage markup relating to owner initiated changes, and (x) design-builder's anticipated needs for specialty consultants.
>
> 3.      Design-Build Contracts. In general, the form of contract issued by UNOUNO relating to design-build services should be structured (i) to reduce cost exposure from scope revisions, (ii) to bid architecture/design fees, general conditions cost and construction contingency as fixed numbers, (iii) to align general conditions costs to the duration of the construction project rather than an overall contract value and (iv) to specify guidelines for design-builders to follow in relation to the procurement of subcontractors, materials or equipment.

      **J.**    **<u>Programming Documents</u>.**  UNO will develop program documents for facilities or schools it operates or anticipates operating in the future.  Such program documents shall clearly define the desired programmatic elements in such a manner that a potential design/builder or other contractor would be able to readily translate requirements from detailed concept, through the design phases to construction documents.  Such program documents may be assembled with the assistance of contractors and shall contain some or all of the following, depending on the nature of the specific project:

        1.    An introduction for potential vendors to UNO, which shall include UNO's mission statement, as well as UNO's goals in completing the particular project(s);

        2.    Identification of UNO's requirements, vision and priorities;

        3.    Input from all stakeholders and users;

        4.    Consideration for allowing the widest latitude for creative design while maintain standardized parameters for quantity and quality;

        5.    Space standards, space lists, flow diagrams, site considerations, codes and ordinances, general criteria and performance expectations;

        6.    Basis of design documents for mechanical, electrical, plumbing and fire protection components and systems; and

        7.    In relation to the renovation of existing facilities, conditions analyses, suitability evaluations and cost considerations shall be part of the due diligence and programming effort.

      **K.**    **<u>Minority Business Enterprise</u>.**  UNO encourages the use of vendors that are owned by Minorities, Women or Persons with Disabilities.  UNO, UNO staff and contractors shall give consideration to certified Minority, Woman or Disabled owned businesses.

      **L.**    **<u>Further Amendments</u>**.  UNO expressly reserves the right to amend this Policy, from time to time, without prior notice.


ADOPTED:    November 26, 2014

**UNO CHARTER SCHOOL NETWORK, INC. PROCUREMENT POLICY**

I. **INTRODUCTION**

The UNO Charter School Network, Inc. ("*UCSN*") has established this procurement policy (the "*Policy*") for the procurement of contracts and purchases that benefit UCSN. This Policy generally outlines the open and competitive process established by UCSN for the procurement of contracts and purchases and the respective roles of UCSN and its staff and contractors.

This Policy is consistent with UCSN's long-standing commitment to transparency and making procurement decisions characterized by competitive selection, objective evaluation and proper documentation -- all in accordance with the UCSN Board of Directors' (the "*Board*") overriding fiduciary obligations and considerations.

A. **Exceptions.** This Policy does not apply to the following procurements that are/involve:
1. Sole source procurements;
2. Emergency procurements; and
3. At the Board's discretion, (i) contracts valued at $75,000 or less, (ii) that are nonrenewable and (iii) of one year or less in duration.

For purposes of this policy, an "emergency" shall be defined as a situation involving public health, public safety or cases where immediate expenditure is necessary for repairs to UCSN property to protect against further loss or damage, to prevent or minimize disruption in UCSN services, or to insure the integrity of UCSN operations. Efforts will be made to accelerate or modify normal procedures to accommodate an emergency rather than to eliminate all such procedures. Examples of such efforts include requesting quotations verbally or by email or facsimile machine.

In relation to contracts valued at $75,000 or less, that are non-renewable or of one year or less in duration, it shall be the policy of UCSN to obtain, whenever feasible, at least three quotes for the subject services.

All exceptions to this Policy shall be published on UCSN's website, shall name the person authorizing the procurement and shall include a brief explanation of the reason for the exception. Dividing or planning procurements to avoid use of competitive procedures (stringing) is prohibited.

B. **Policy Effective Date; No Modification of Existing Contracts.** This Policy is effective as of the date adopted by UCSN, as amended from time to time. This Policy does not amend or otherwise modify UCSN's existing contracts, which may only be amended or otherwise modified consistent with their terms. Further, nothing in this Policy is intended to limit UCSN's authority under existing contracts to extend or modify terms or otherwise take

actions consistent with the existing contractual terms, all as UCSN deems prudent in light of then-existing circumstances.

   C. **Pre-Solicitation Assistance**.  Any person or business who, at the request of UCSN or with the consent of UCSN, reviews or analyzes UCSN's assets, activities, documents, functions, organization, programs or anything of similar nature to aid in the determination of whether UCSN has a need for some good or service is prohibited from bidding on or receiving a contract to meet that need.  Further, a person or business is prohibited from bidding on a solicitation and from having a contract arising from any of the following activities if the person or business, at the request of UCSN or with the consent of UCSN, assisted in the preparation of procurement documents in any of the following ways: (i) drafts, writes or assists UCSN with writing all or any part of a solicitation document; (ii) reviews or reads the solicitation document or comments on same; or (iii) participates in any activity relating to the organization or distribution of solicitation documents.  Exception:  Any person or business who responds to a posted or advertised request for information related to a procurement need of UCSN shall not be disqualified by virtue of responding to UCSN's publicly advertised request.

II. **SELECTION**

   A. **In General –Documentation**.  Solicitation documents that may be used include, without limitation, Request for Proposals (RFP), Request for Qualifications (RFQ) and Invitation for Bids (IFB).  Generally, UCSN will approve the issuance of any specific RFP, RFQ or IFB.

   B. **Form of Solicitation**.  Each solicitation document (RFP, RFQ, IFB or other) shall contain, <u>inter</u> <u>alia</u>, some or all of the following depending on the form of solicitation:

    1. A description of the required services, materials or goods including any and all relevant specifications.

    2. A date certain by which responses to the solicitation shall be returned, location for submission of responses and UCSN's designated point of contact.

    3. The qualifying criteria and the associated evaluation factors to be utilized in the selection process including a description of the evaluation committee.

    4. Scope of work.  Any changes in the scope of work, if necessary, shall be addressed separately via addendum.

    5. Project budget.

    6. A description of mandatory bidding procedures for procurement of subcontractors (including transparency in selection of subcontractors, and

disclosure of any financial or familial relationship with UCSN, contractors or subcontractors).

7. A statement of the minimum information that the response and/or proposal to the solicitation shall contain which may, by way of example, include
   (a) principal place of business and, if different, the place of performance of the proposed contract;
   (b) organization form, federal tax ID, officers names, titles and background information;
   (c) certain financial information including without limitation, certified financial statements, annual reports, annual sales figures, rating by a nationally recognized credit rating agency, bonding capacity and bank references;
   (d) company safety record and information and experience modification rate for general contractors, construction managers or other entities seeking to perform like activities;
   (e) the age of the responder's business and average number of employees over a previous period of time, as specified in the solicitation document;
   (f) the abilities, qualifications, and experience of all persons who would be assigned to provide the required services;
   (g) a listing of other contracts under which services similar in scope, size or discipline to the required services were performed or undertaken within a previous period of time, as specified in the solicitation document;
   (h) a plan, giving as much detail as is practical, explaining how the services will be performed;
   (i) price;
   (j) statement of pending litigation; and
   (k) certain required certifications, including without limitation, conflict of interest certifications and financial disclosures.

8. An anticipated form of contract for the subject services.

9. A statement of information disclosing any family, business, or other relationships with UCSN's officers, directors, or employees, or family members of UCSN's officers, directors, and employees that would be considered a conflict of interest or may create the appearance of a conflict of interest.

10. Any and all solicitations issued by or on behalf of UCSN shall be posted on the UCSN website at the time of issuance.

C. **Questions regarding Solicitation.** Any questions regarding a specific solicitation must be submitted in writing only to the designated point of contact for the solicitation in accordance with the timing and other related terms outlined in the solicitation. Responses to such questions will be posted on UCSN's website.

   **D.**  **Pre-Submission Conference.** A pre-submission conference may be conducted, in the sole discretion of UCSN and/or UCSN staff or contractors, to enhance potential vendors' understanding of the procurement requirements. A pre-submission conference, if required, shall be announced as part of the solicitation document. The conference may be designated as "attendance mandatory" or "attendance optional".

   **E.**  **Responses to Solicitation; Evaluation.**

     1.  *Delivery and Opening of Responses*. Responses must be submitted to the designated contact in accordance with the terms stated in the solicitation document. Upon receipt, responses shall be date and time stamped but not opened and shall be stored in a secure place until the time and dates set for bid or response opening. Bids and/or responses shall be opened publicly at the time, date and place designated in the solicitation document. Bids shall be opened publicly in the presence of one or more witnesses at the time and place designated in the Invitation for Bids and the name of each bidder and amount of bid shall be recorded. Proposals shall be opened publicly in the presence of one or more witnesses at the time designated in the RFP or RFQ but proposals shall be opened in such a manner as to avoid the disclosure of contents to competing offerors during the process of negotiation.

     2.  *Initial Evaluation of Responses*. Each response will be evaluated by designated UCSN staff, contractors or Directors based on the evaluation factors stated in the subject solicitation document. A list of all respondents to the solicitation will be compiled and posted on UCSN website upon award. The relative importance of the evaluation factors will vary based on the parameters of the subject solicitation.

     3.  *Due Diligence*. Designated UCSN staff or contractors shall conduct appropriate due diligence which may include independent background checks to determine if respondents have been sued or debarred in any jurisdiction. As specified in Section II.F of this Policy, UCSN's Quiet Period Policy does not prevent due diligence meetings and communications.

   **F.**  **Quiet Period**. The Quiet Period is intended to establish guidelines by which Directors and UCSN staff and contractors will communicate with prospective vendors during the pendency of a solicitation. The objectives of such a Quiet Period are to ensure that prospective vendors competing for contracts with UCSN have equal access to information regarding selection parameters, communications related to selection are consistent and accurate and the process of selecting vendors is transparent, efficient, diligent and fair. The following guidelines will be instituted during the pendency of solicitations issued by UCSN:

1. A quiet period will commence upon the issuance of a solicitation by UCSN and/or UCSN staff or contractors and end upon award of any resulting contracts from the subject solicitation.

2. Initiation, continuation and conclusion of the quiet period shall be publicly communicated to prevent inadvertent violations.

3. All Directors, UCSN staff and contractors not directly involved in the solicitation process shall refrain from communicating with potential vendors regarding any product or service related to any pending solicitation throughout the quiet period and shall refrain from accepting meals, travel, hotel or other value from the potential vendors.

4. Throughout the quiet period, if any Director is contacted by a potential vendor, the Director shall refer the vendor to the General Counsel or UCSN staff member or contractor directly involved in the solicitation process.

5. The quiet period does not prevent UCSN approved due diligence or communications with an existing vendor that happens to be a competing vendor in the ordinary course of services provided by such vendor; however, discussions related to the pending selection shall be avoided during such activities.

6. A potential vendor may be disqualified from consideration under the solicitation for a knowing violation of this quiet period policy.

**G.    Making/Effecting Selection; Notice of Selection.**

1. *Selection from Finalists.* The UCSN Board, designated UCSN staff or contractors will make the final decision with respect to any selection resulting from the search. One or more responders may be selected, as appropriate. UCSN reserves the right to make no selection as a result of a search.

2. *Late Bids or Proposals.* UCSN reserves the right to reject bids or proposals received after the designated due date.

3. *Project Labor Agreements*. UCSN may, in its sole and absolute discretion, utilize project labor agreements (PLA) for projects exceeding $5M in cost to ensure the highest standards of quality and efficiency at the lowest responsible cost.

4. *Award Notice.* Bidders/respondents shall be notified of contract award. The notification shall be issued electronically, and additionally may be in the form of a letter, purchase order or other communication. Notices of awards for any solicitation document shall be posted on UCSN's website.

        5.      *Negotiation of Contract*. The General Counsel or his or her designee shall negotiate the final terms of resulting contracts. In the event a contract is not able to be completed with a finalist, UCSN may select another finalist from among the remaining responders.

        6.      *Consideration of Best Value*. Nothing in this Policy shall prohibit UCSN, designated UCSN staff or contractors from making a selection that represents the best value based on qualifications, fees and other relevant factors.

        7.      Notice of Contract; Public Documentation. Following successful completion of the related contract(s), UCSN's decision shall be public information and shall be posted on UCSN's website. Such notice shall include the name of the successful respondents or offerors, the total amount applicable to the contract(s) if available, the basis for determining the total fees to be paid, and a disclosure approved by UCSN describing the factors that contributed to the selection.

    **H.**    **Owner's Representative Services**. UCSN may, in its sole discretion, utilize the services of an owner's representative in connection with the construction and/or renovation of its existing and future facilities. In general, the principal functions provided by an owner's representative include, without limitation, (i) serving as the point of contact for the designer or design/builder, construction manager or contractor and any other specialty consultants on a construction project, (ii) providing administration of contracts, (iii) coordinating with all owner stakeholders, (iv) overall project cost tracking, (v) verification of schedule, (vi) quality control (vii) maintaining document control/archiving (viii) compliance monitoring if the project involves grant or similar funding and (ix) monitoring MBE/WBE participation in a project. The following guidelines will be implemented in relation to the selection of entities seeking to provide owner's representative services:

        1.      Pre-qualification. To the extent feasible, UCSN may issue RFQs for owner's representative services that shall contain the information specified in Section II.B of this Policy. It shall be the goal of such RFQ process to produce listings of qualified potential vendors.

        2.      RFP Process. In the event a project is ready to proceed, UCSN may issue RFPs to select one or more owner's representative entities from the list of pre-qualified vendors. Such RFPs shall be prepared in accordance with Section II.B of this Policy and selection of pre-qualified vendors shall be made in accordance with Section II.G of this Policy.

        3.      Owner's Representative Contract. In general, the form of contract issued by UCSN relating to owner's representative services must contain some or all of the following terms depending on the nature of the specific project: (i) the owner's representative should not have the authority to make

binding commitments on behalf of UCSN without its prior written consent, (ii) a negotiated cash flow for compensation to address post-construction and closeout activities and (iii) a clearly defined description of the owner's representative's specific roles and duties in relation to compliance.

**I.     Design-Build Services.** UCSN may, in its sole discretion, utilize the design-build model for design and construction services.  The design-build model allows for the procurement of such services for a single, fixed price.  In general, it is the responsibility of the Design/Builder to lead and direct (i) general contractors, design and architectural contractors, (ii) construction management and (iii) the purchase of materials in relation to a construction project.  The design-builder may also be charged with solicitation of competitive bids for the construction project.

1. RFP Process.  Any and all RFPs prepared in relation to design-build shall be prepared in accordance with Section II, B of this Policy and must contain some or all of the following depending on the project: (i) a clear definition of the scope of work, (ii) detailed programming documents and requirements, (iii) expected performance requirements, (iv) schedule constraints and mandatory deadlines, (v) project budget, (vi) specified deliverables and responsibilities for enabling actions such as permitting,(vii) a standard bid price form to enable fair and transparent bid evaluation, and (viii) identification of all financial issues, such as bid bonds, warranties, insurance requirements, performance bonds, liquidated damages, dispute resolution processes, contingency costs and safety considerations.

2. Bid Submission Form.  Bid submission forms must require some or all of the following information depending on the nature of the project: (i) name of vendor, (ii) architecture/engineering fee as a percentage of contract value, (iii) general contractor overhead as a percentage of contract value, (iv) general contractor fee as a percentage of contract value, (v) general contractor liability insurance as a percentage of contract value, (vi) general contractor construction contingency as a percentage of contract value, (vii) cost estimating services estimate, (viii) general conditions estimate, (ix) design builder's proposed percentage markup relating to owner initiated changes, and (x) design-builder's anticipated needs for specialty consultants.

3.  Design-Build Contracts. In general, the form of contract issued by UCSNUCSN relating to design-build services should be structured (i) to reduce cost exposure from scope revisions, (ii) to bid architecture/design fees, general conditions cost and construction contingency as fixed numbers, (iii) to align general conditions costs to the duration of the construction project rather than an overall contract value and (iv) to specify guidelines for design-builders to follow in relation to the procurement of subcontractors, materials or equipment.

   **J.**  **Programming Documents.**  UCSN will develop program documents for facilities or schools it operates or anticipates operating in the future.  Such program documents shall clearly define the desired programmatic elements in such a manner that a potential design/builder or other contractor would be able to readily translate requirements from detailed concept, through the design phases to construction documents.  Such program documents may be assembled with the assistance of contractors and shall contain some or all of the following, depending on the nature of the specific project:

     1.  An introduction for potential vendors to UCSN, which shall include UCSN's mission statement, as well as UCSN's goals in completing the particular project(s);

     2.  Identification of UCSN's requirements, vision and priorities;

     3.  Input from all stakeholders and users;

     4.  Consideration for allowing the widest latitude for creative design while maintain standardized parameters for quantity and quality;

     5.  Space standards, space lists, flow diagrams, site considerations, codes and ordinances, general criteria and performance expectations;

     6.  Basis of design documents for mechanical, electrical, plumbing and fire protection components and systems; and

     7.  In relation to the renovation of existing facilities, conditions analyses, suitability evaluations and cost considerations shall be part of the due diligence and programming effort.

   **K.**  **Minority Business Enterprise.**  UCSN encourages the use of vendors that are owned by Minorities, Women or Persons with Disabilities.  UCSN, UCSN staff and contractors shall give consideration to certified Minority, Woman or Disabled owned businesses.

   **L.**  **Further Amendments**.  UCSN expressly reserves the right to amend this Policy, from time to time, without prior notice.


ADOPTED:  October 21, 2014